UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS MONDELO,<br><br>Plaintiff,<br><br>v.<br><br>QUINN, EMANUEL, URQUHART & SULLIVAN, LLP, PETER CALAMARI, AND DAVID ESKANOS,<br><br>Defendants. | Civil Action No.:<br>1:21-cv-02512 (CM)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Joshua D. Fulop of Kasowitz Benson Torres LLP, an attorney admitted to practice in this Court, hereby respectfully enters his appearance in the above-captioned matter on behalf of defendants Quinn, Emanuel, Urquhart & Sullivan, LLP, Peter Calamari, and David Eskanos (collectively, "Defendants"), and requests that all papers in this action with respect to Defendants be served upon him.

Dated: July 12, 2021
       New York, New York

Respectfully submitted,

KASOWITZ BENSON TORRES LLP

By:  /s/Joshua D. Fulop

Joshua D. Fulop
1633 Broadway
New York, New York 10019
Tel.: (212) 506-1700
Fax: (212) 506-1800
jfulop@kasowitz.com

*Attorneys for Defendants Quinn, Emanuel, Urquhart & Sullivan, LLP, Peter Calamari, and David Eskanos*