**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X
NICHOLAS MONDELO,

        Plaintiff,

   -against-

QUINN, EMANUEL, URQUHART &
SULLIVAN, LLP, and DAVID ESKANOS,

        Defendants.
----------------------------------------------------------------- X

INDEX NO. 1:21-cv-02512 (CM)

Hon. Collen McMahon

## STIPULATION OF DISMISSAL WITH PREJUDICE

All parties in the above captioned matter, by and through their respective undersigned counsel, hereby agree that this action shall be dismissed in its entirety with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear her, his, or its own costs, fees and expenses.

JOSEPH & KIRSCHENBAUM LLP

By: _____
D. Maimon Kirschenbaum
Lucas C. Buzzard
32 Broadway, Suite 601
New York, NY 10004
Tel: (212) 688-5640
Fax: (212) 688-2548
maimon@jk-llp.com
lucas@jk-llp.com

*Attorneys for Plaintiff*

KASOWITZ BENSON TORRES LLP

By: _____
Mark W. Lerner
Joshua D. Fulop
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
Mlerner@kasowitz.com
Jfulop@kasowitz.com

*Attorneys for Defendants*